

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-12-00622-CV

**IN THE INTEREST OF J.J.**, a Child

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-PA-02163
Honorable Richard Garcia, Judge Presiding

PER CURIAM

Sitting:    Rebecca Simmons, Justice
            Steven C. Hilbig, Justice
            Marialyn Barnard, Justice

Delivered and Filed:  December 12, 2012

DISMISSED FOR WANT OF JURISDICTION

On August 25, 2011, the Department of Family and Protective Services filed an original petition for protection of J.J., a child, and for termination of the parents' parental rights. In an order signed on September 6, 2012, the trial court granted a motion for J.J. to be placed with maternal grandparents in a different state; the order did not adjudicate appellant father's parental rights.

On September 14, 2012, appellant father filed a notice of appeal complaining of the placement order. In our November 6, 2012 order to appellant father, we warned appellant that this court lacks jurisdiction over most orders that do not "dispose[] of all pending parties and claims in the record." *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001) (noting that generally "an appeal may be taken only from a final judgment"). We ordered appellant to

show cause in writing to this court by November 21, 2012, why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a); *Lehmann*, 39 S.W.3d at 195. We warned appellant that if he failed to show cause in writing within the time provided, the appeal would be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

To date appellant has not filed a response to our November 21, 2012 order. Therefore, we dismiss this appeal for want of jurisdiction. *See id.*; *see also id.* R. 42.3(c).

PER CURIAM